# MARK L. LUBELSKY AND ASSOCIATES
ATTORNEYS AT LAW

123 WEST 18th STREET, 8th FLOOR
NEW YORK, NEW YORK 10011
TELEPHONE: (212) 242-7480
FACSIMILE: (646) 619-4631

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07

**VIA FACSIMILE**
September 7, 2007

Hon. Richard J. Howell
United States District Court     Southern District of New York
500 Pearl Street
New York, NY  10007

Re:   Lauria, Ronald v. City of New York
File no.:  6511

07 CV 6127

Dear Judge Howell:

We are counsel for plaintiff in the above captioned matter and write to request an adjournment of the pre-trial conference currently scheduled for September 7, 2007 to October 12, 2007 at 10:00 a.m.

This request is made after consultation with your Deputy Clerk and as I cannot appear before the Court on September 7, 2007 due to religious observance of the Rosh Hoshana holiday.

Respectfully yours,

MARK L. LUBELSKY AND ASSOCIATES

Mark L. Lubelsky
MLL:dm
enc.
cc: Corporation Counsel

SO ORDERED

USDJ 9/13/07

RECEIVED SEP - 7

PTC - 10/12/07 @ 10:00 am