```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

RONALD LAURIA, Jr., : 07 Civ. 06127 (RJH)

                Plaintiff, :

   -against- : **ORDER**

CITY of NEW YORK, et al, :

                Defendant. :

------------------------------------------------------------x

      The pretrial conference scheduled for October 12, 2007 is rescheduled to October 26, 2007, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
October 04, 2007
SO ORDERED:

_____
Richard J. Holwell
United States District Judge