AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN            DISTRICT OF            NEW YORK

RONALD LAURIA, JR.

v.

CITY OF NEW YORK, et al.

**APPEARANCE**

Case Number: 07 CV 6127 (RJH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York
New York City Police Department

I certify that I am admitted to practice in this court.

October 5, 2007
Date

*Meghan Cavalieri*
Signature

Meghan A. Cavalieri        MC 6758
Print Name                 Bar Number

Meghan Ann Cavalieri
Address

100 Church Street, New York, NY  10007
City                State           Zip Code

(212) 788-6405             (212) 788-9776
Phone Number               Fax Number