

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

MEGHAN A. CAVALIERI
*Assistant Corporation Counsel*
Tel.: (212) 788-6405
Fax: (212) 788-9776

USDC SDNY
DOCUMENT
ELECTRONICALLY [FILED]
DOC #: _____
DATE FILED: 10/11/07

October 4, 2007



RECEIVED
OCT - 5
CHAMBERS OF
RICHARD J. HOLWELL

BY HAND
Honorable Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: Lauria, Ronald Jr. v. City of New York, et al., ~~06-CV-06127 (RJH)~~
        07 CV 06127 (RJH)

Dear Judge Holwell:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and attorney for defendants City of New York ("City") and The New York City Police Department ("NYPD"). I am writing with the consent of plaintiff's counsel, Mark Lubelsky, Esq., to respectfully request: (1) a sixty (60) day enlargement of time from October 8, 2007, until December 7, 2007, within which this office may answer or otherwise respond to the complaint; and (2) for a corresponding adjournment of the initial pre-trial conference scheduled by this Court for October 12, 2007, at 10:00 a.m. until a date convenient to the Court after defendants' answer is due. This is the first request made by this office for an enlargement of time in this action.

    Although the complaint in this matter was filed with the Court on June 29, 2007, our office was not served with the summons and complaint until on or about September 19, 2007. The complaint alleges, inter alia, that plaintiff Ronald Lauria, Jr. was falsely arrested/imprisoned, subjected to excessive force and deprived of medical attention. Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case. The enlargement of time will afford us the opportunity to investigate the matter.

    In view of the foregoing, it is respectfully requested that the Court grant the within request extending the City and NYPD's time to answer the complaint until December 7, 2007; and a corresponding adjournment of the initial conference currently scheduled for October 12, 2007.

Thank you for your consideration in this regard.

Respectfully submitted,

*Meghan Cavalieri*

Meghan A. Cavalieri (MC 6758)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   <u>VIA FACSIMILE</u>
Mark Lubelsky, Esq.
Mark Lubelsky & Associates
123 West 18th St.
New York, NY 10011
Attorneys for Plaintiff
Fax: (212) 255-5552

Application Granted.
The pretrial conference is adjourned to December 17, 2007 at 10:30 am.

SO ORDERED

RJH
USDJ
10/11/07

- 2 -