```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

RONALD LAURIA, Jr., : 07 Civ. 06127 (RJH)

               Plaintiff,

   -against- : **ORDER**

CITY of NEW YORK, et al,

              Defendant.

------------------------------------------------------------x

The pretrial conference scheduled for June 06, 2008 is rescheduled to June 27, 2008, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
May 19, 2008
SO ORDERED:

_____
Richard J. Holwell
United States District Judge