UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RONALD LAURIA,

          Plaintiff,

   -against-

CITY of NEW YORK, et al,

          Defendants.

-----------------------------------------------------------
-------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

07 Civ. 06127 (RJH) (AJP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____ ____ ____ ____ _____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ ____ ____

_X_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: _____

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
           June 17, 2008

HON. Richard J. Holwell
United States District Judge