UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

RONALD LAURIA, JR.,                        :

              Plaintiff,                        :   07 Civ. 6127 (RJH) (AJP)

              -against-                       :   **ORDER OF DISMISSAL ON CONSENT**

CITY OF NEW YORK, THE NEW YORK CITY         :
POLICE DEPARTMENT & POLICE OFFICER
JOHN DOE,                                   :

              Defendants.                      :

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6/20/08

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 30 days hereof if the settlement is not fully effectuated. Any pending motions are to be terminated as moot.

       SO ORDERED.

DATED:    New York, New York
           June 20, 2008

                                              Andrew J. Peck
                                              United States Magistrate Judge

Copies **by fax & ECF** to:   Mark L. Lubelsky, Esq.
                                Meghan Ann Cavalieri, Esq.
                                Judge Richard J. Holwell

C:\ORD\Dismiss.AJP

# MARK L. LUBELSKY AND ASSOCIATES
ATTORNEYS AT LAW

123 WEST 18th STREET, 8th FLOOR
NEW YORK, NEW YORK 10011
TELEPHONE: (212) 242-7480
FACSIMILE: (646) 619-4631

VIA FACSIMILE
June 20, 2008

Hon. Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    Lauria, Ronald v. City of New York
                07CV6127
        File no.:  6511

Dear Judge Peck:

We are counsel for plaintiff in the above captioned matter.

Please accept this correspondence as confirmation that the parties have reached a settlement. It is respectfully requested that the Court mark this matter as settled with leave to reopen within 30 days.

Respectfully yours,

MARK L. LUBELSKY AND ASSOCIATES

Mark L. Lubelsky
MLL:dm

cc: Megan Cavaliery, Esq.
     Corporation Counsel